## John Reid v. F. B. Flanders.

1. BILL OF EXCEPTIONS—*When it Does Not Contain all the Evidence.*—When the bill of exceptions does not show that it contains all the evidence, the Appellate Court will not examine into merits of the findings of the court below.

2. NEW TRIALS—*Newly Discovered Evidence.*—Newly discovered evidence, which is merely cumulative and not conclusive, is not a sufficient ground for a new trial.

Porter v. Porter.

Transcript from a Justice of the Peace.—Appeal from the Circuit Court of Cook County; the Hon. RICHARD W. CLIFFORD, Judge, presiding. Heard in this court at the October term, 1895. Affirmed. Opinion filed January 22, 1896.

DAVID G. ROBERTSON and DUMMER & MALTMAN, attorneys for appellant.

PARKER & PAIN, attorneys for appellee.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

This was an action begun before a justice of the peace to recover upon two orders given for the premium upon a policy of life insurance. There was a judgment for the plaintiff for $200. The defendant appeals.

As the bill of exceptions does not show that it contains all the evidence, we can not examine into the merits of the finding of the court below.

Appellant asked for a new trial upon the ground of newly discovered evidence. As there had already been two trials, it is a little singular that this newly discovered evidence was not found until after the termination of the second hearing.

The newly discovered evidence is merely cumulative, and would not be conclusive; the court, therefore, properly refused to set aside the finding and grant a new trial. Laird v. Warren, 92 Ill. 204.

The judgment of the Circuit Court is affirmed.